# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

July 28, 2006

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Re: MDL-1772 -- In re Series 7 Broker Qualification Exam Scoring Litigation

(See Attached CTO-1)

Dear Ms. Mayer-Whittington:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 12, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/
Deputy Clerk

Attachment

cc:  Transferee Judge:    Judge John D. Bates
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36

A CERTIFIED TRUE COPY

JUL 2 8 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 2 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1772

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 27, 2006, the Panel transferred five civil actions to the United States District Court for the District of District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable John D. Bates.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of District of Columbia and assigned to Judge Bates.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of District of Columbia for the reasons stated in the order of June 27, 2006, and, with the consent of that court, assigned to the Honorable John D. Bates.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of District of Columbia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 2 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1772
## IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
| --- | --- |
| IOWA SOUTHERN | |
| IAS  4  06-272 | Christopher Wilson v. National Association of Securities Dealers, Inc. |
| NEW YORK SOUTHERN | |
| NYS  1  06-2934 | James Bruen v. National Association of Securities Dealers, Inc., et al. |
| NYS  1  06-4355 | Alex F. Ruimerman v. National Association of Securities Dealers, Inc., et al. |
| OHIO SOUTHERN | |
| OHS  1  06-199 | Atal Varma v. National Association of Securities Dealers, Inc., et al. |
| PENNSYLVANIA EASTERN | |
| PAE  2  06-2246 | Mark Russo v. National Association of Securities Dealers, Inc. |
| WISCONSIN WESTERN | |
| ~~WIW  3  06-335~~ | ~~Mark Schley v. National Association of Securities Dealers, Inc.~~ Opposed 7/26/06 |